[No. 39900-8-II. Division Two. November 9, 2010.]

TRACY F. JONASSEN, *Appellant*, v. MARILYN Y. ROBBINS, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-2-11451-4, Kathryn J. Nelson, J., entered October 9, 2009. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Armstrong and Hunt, JJ.

[No. 40378-1-II. Division Two. November 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CORRINA MEYER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 09-1-01279-2, Roger A. Bennett, J., entered February 4, 2010. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Worswick, A.C.J., and Quinn-Brintnall, J.

[No. 28152-3-III. Division Three. November 9, 2010.]

BLUE LINE, INC., *Appellant*, v. THE CITY OF UNION GAP, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-02281-1, F. James Gavin, J., entered April 24, 2009. *Reversed* by unpublished opinion per Brown, J., concurred in by Korsmo, A.C.J., and Siddoway, J.

[No. 28494-8-III. Division Three. November 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIKA SANDRA SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 09-1-50027-3, Carrie L. Runge, J., entered September 1, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Korsmo, JJ.